# United States District Court
## Violation Notice

CVB Location Code: EV64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4761685 | RITACCO | 849 |

4761685

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/30/14 2335 | 46.2-846 |

Place of Offense:
S/6 GWMP N/0 PKWY MAINT.

Offense Description: Factual Basis for Charge    HAZMAT ☐

TURN FROM WRONG LANS

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HULUKA | AYELE | W |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| H 99519 | DC | 12 | TOY PRIUS | | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | |
|---|---|---|
| Forfeiture Amount | 70 | |
| + $25 Processing Fee | | |
| PAY THIS AMOUNT → Total Collateral Due | $ 95.00 | |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

| Date (mm/dd/yyyy) | 2/3/15 |
|---|---|
| Time (hh:mm) | 9:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident