

U.S. Department of Justice

*United States Attorney*

*Eastern District of Virginia*
2100 Jamieson Avenue  (703)299-3700
Alexandria, Virginia 22314

COPY

January 21, 2015

Ayele Huluka
4701 Georgia Ave NW FL #1
Washington, DC 20011

Re: Ticket Violation Notice(s): 4761685

Dear: Mr. Huluka,

  On October 30, 2014 you received the above - referenced violation notice(s) with an optional appearance date of February 3, 2015. **Your court appearance date has been changed to February 19, 2015.** Therefore, if you choose to appear, please appear on **February 19, 2015 at 9:00 a.m.** at the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia.

  If you are unable to appear on this date, please contact the United States District Court Clerk's Office at (703)-299-2102.

                                               Sincerely,

                                               DANA J. BOENTE
                                       UNITED STATES ATTORNEY

                                  By:
                                     Rosanne Cannon Haney
                                     Assistant United States
                                     Attorney

cc: Clerk of the Court